# Order

Michigan Supreme Court
Lansing, Michigan

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

144444

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 144444
                                       COA: 306325

ANTHONY NEUMAN,
                                       Muskegon CC: 08-056273-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's May 4, 2011 and July 25, 2011 motions for relief from judgment are prohibited by MCR 6.502(G) and because the defendant's December 27, 2010 motion for relief from judgment has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012                             _____

s0716                                              Clerk